UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- x
DONNA HEDGES, ON BEHALF OF HERSELF    :
AND ALL OTHER PERSONS SIMILARLY       :
SITUATED,                             :
                                      :   No.: 1:23-cv-3074
              Plaintiffs,             :
                                      :
                                      :   NOTICE OF VOLUNTARY
           v.                         :   DISMISSAL
                                      :
EDELMAN FINANCIAL SERVICES LLC,       :
                                      :
              Defendant.              :
                                      :
------------------------------------- x
```

Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, EDELMAN FINANCIAL SERVICES LLC, with prejudice and without fees and costs.

Dated: New York, New York
       June 2, 2023

**GOTTLIEB & ASSOCIATES**

<u>/s/Michael A. LaBollita, Esq.</u>

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge